

**Erik M. Bashian, Esq.**
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in NY, NJ and D.C.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/27/2023
```

July 26, 2023

**VIA ECF**
Honorable Judge Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

> **APPLICATION GRANTED:** The Pre-settlement telephone conference scheduled on Tuesday, August 8, 2023 at 12:00p.m. is hereby rescheduled to Wednesday, October 4, 2023 at 4:00 p.m. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. Please dial (866) 434-5269, Access code: 4858267. The Plaintiff is directed to serve this order, and a copy of the complaint on Defendants.
>
> APPLICATION GRANTED
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 07/27/2023

Re:   **_Ruiz v. ELH MGMT. LLC, et al._**
      **SDNY Case No.: 1:23-cv-05367**

Dear Judge Parker:

     This office represents the Plaintiff, Luis Ruiz, in the above-captioned case. On June 28, 2023, this Court entered an Order Scheduling Telephone Conference for Tuesday, August 8, 2023 at 12:00 p.m. (D.E. 10). At this time, service of process is still being effectuated upon Defendants. Plaintiff previously sought a waiver of service pursuant to Rule 4(k) and we are still attempting to make contact with the Defendants. As such, it is therefore respectfully requested that Your Honor adjourn the conference to an alternate date and time that is convenient to the Court, in order to allow service to be to completed and for Defendants to make an appearance. This is our first request for an adjournment, and the request will not prejudice any parties or affect any other scheduled dates. If a timely appearance is not made, plaintiff will seek a default.

     We thank the Court for your time and consideration in this matter.

                                                     Sincerely,

                                                     BASHIAN & PAPANTONIOU, P.C.

                                                     s/ Erik M. Bashian_____
                                                     Erik M. Bashian, Esq.

cc: Nolan Klein, Esq. (via e-mail)