```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUIS RUIZ, individually and on
behalf of others similarly
situated,

                        Plaintiff,                                   ORDER SCHEDULING
                                                                     SETTLEMENT CONFERENCE
         -against-
                                                                     23-CV-5367 (JGLC)
ELH MGMT. LLC, et al.,

                        Defendants.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A settlement conference in this matter is scheduled for **Monday, December 18, 2023 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **December 11, 2023 by 5:00 p.m.**

SO ORDERED.

Dated: October 4, 2023
       New York, New York

_Katharine H. Parker_
_____
KATHARINE H. PARKER
United States Magistrate Judge