**LAW OFFICES OF NOLAN KLEIN, P.A.**       ATTORNEYS & COUNSELORS

**112 W. 34TH STREET, SUITE 1800**
**NEW YORK, NY 10120**
**PH: (646) 560-3230**

**5550 GLADES ROAD, SUITE 500**
**BOCA RATON, FL 33431**
**PH: (954) 745-0588**

www.nklegal.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2023

Request GRANTED, parties shall have until **October 18, 2023** to file a joint letter and case management plan. The undersigned has been referred for General Pretial, and parties are directed to address future correspondence on scheduling, discovery, non-dispositive pretrial motions, and settlement matters to the undersigned.

SO ORDERED:

*/s/ Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE   10/13/2023

**VIA ECF**
District Judge Jessica G. L. Clarke
Southern District of New York
500 Pearl St., Room 1040
New York, NY 10007

   Re: ***Ruiz v. ELH Mgmt. LLC, et al.***
      SDNY Case No.: 1:23-cv-05367

Dear Judge Clarke,

   This office, along with Bashian & Papantoniou, P.C., represent the Plaintiff, Luis Ruiz, in the above-captioned matter. The parties' joint letter and case management plan are due today to be filed. Our office reached out to Defendants' counsel and was unable to get in touch with her today to complete the joint letter and the case management plan. We received an automatic reply email that indicated counsel would be traveling between October 11 and 13, 2023, and would be delayed in responding. At the time of this filing, we still have not heard back. As such, Plaintiffs <u>request an additional 3 days to complete and file the joint letter and case management plan</u> so that both parties are able to provide input prior to filing.

   We thank the Court for your time and consideration in this matter.

               Respectfully Submitted,

               **Law Offices of Nolan Klein, P.A.**

             By: */s/ Nolan K. Klein*
               NOLAN K. KLEIN
               (NK4223)

NKK/amd
cc: Erik Bashian, Esq. (via ECF)
   Lisa Lupion, Esq. (via ECF)

102702v3