UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUIS RUIZ, individually and on
behalf of others similarly
situated,

                                 Plaintiff,

           -against-

ELH MGMT. LLC, et al.,

                               Defendants.
-----------------------------------------------------------------X

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2023**

**ORDER**

**23-CV-5367 (JGLC) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The undersigned granted a request to extend the deadline for parties to file a joint letter and case management plan. (ECF No. 18.) The undersigned is only referred for settlement purposes, and future non-settlement requests should continue to be addressed to the Honorable Jessica G. L. Clarke, the presiding District Judge.

      **SO ORDERED.**

Dated: October 17, 2023
       New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge