**MEMO ENDORSED**



February 7, 2024

*Via ECF*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/08/2024
```

Judge Katharine H. Parker
U.S. District Court
500 Pearl Street, Room 750
New York, NY 10007
Parker_NYSDChambers@nysd.uscourts.gov

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000
orrick.com

Lisa Lupion

E  llupion@orrick.com
D  +1 212 506 5078
F  +1 212 506 5151

Re:   *Ruiz v. ELH Mgmt. LLC,* Case No. 1:23-cv-05367 (JGLC)

Dear Judge Parker:

On behalf of Defendants ELH Mgmt. LLC ("ELH") and Larry Hirschfield, and jointly with Plaintiff's counsel, we respectfully request an adjournment of the settlement conference currently scheduled for February 20, 2024.  Both the undersigned and Plaintiff's counsel are scheduled to be out of the country on February 20, and, therefore jointly request an adjournment of the conference.  The parties do not believe there will be any prejudice to either side as counsel are actively engaged in settlement discussions in the meantime. This is the second request for an adjournment of the settlement conference.

Thank you for your consideration.

Respectfully submitted,

/s/ Lisa Lupion

Lisa Lupion
Orrick, Herrington & Sutcliffe LLP
Counsel for Defendants

4147-5065-1214.1

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Tuesday, February 20, 2024 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Tuesday, April 2, 2024 at 2:00 p.m.  Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Updated pre-conference submissions must be received by the Court no later than March 26, 2024 by 5:00 p.m.

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

02/08/2024