

March 25, 2024

*Via ECF*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2024
```

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000
orrick.com

**Lisa Lupion**

E  llupion@orrick.com
D  +1 212 506 5078
F  +1 212 506 5151

Judge Katharine H. Parker
U.S. District Court
500 Pearl Street, Room 750
New York, NY 10007
Parker_NYSDChambers@nysd.uscourts.gov

Re:   *Ruiz v. ELH Mgmt. LLC,* Case No. 1:23-cv-05367 (JGLC)

Dear Judge Parker:

On behalf of Defendants ELH Mgmt. LLC ("ELH") and Larry Hirschfield, and jointly with Plaintiff's counsel, we respectfully request <u>an adjournment of the settlement conference and pre-settlement conference submission deadline</u>. Following additional discussions between the parties, Defendants will be filing a Rule 68 Offer of Judgment. The parties do not believe there will be any prejudice to either side based upon this adjournment request and hope that Defendants Rule 68 Offer of Judgment will be accepted thereby avoiding the need for further proceedings. This is the third request for an adjournment of the settlement conference.

Thank you for your consideration.

Respectfully submitted,

*/s/ Lisa Lupion*

Lisa Lupion
Orrick, Herrington & Sutcliffe LLP
Counsel for Defendants

> Request GRANTED in part. The settlement conference scheduled for April 2, 2024 in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York, is hereby rescheduled to **Wednesday April 24, 2024 at 2:00 p.m**. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice. Updated pre-conference submissions must be received by the Court no later than April 17, 2024 by 5:00 p.m.
>
> SO ORDERED:
>
> *Katharine H. Parker*
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE    3/26/2024

4140-9828-8463.1