# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

Luis Ruiz, *individually*
*and on behalf of others similarly situated*,

                *Plaintiff*,

vs.

ELH MGMT. LLC,
*a New York limited liability company*, and LARRY
HIRSCHFIELD,
*an individual*,

                *Defendants*.

-------------------------------------------------------X

Case No. 1:23-cv-05367-JGLC

**PROPOSED JUDGMENT**

WHEREAS, on or about April 5, 2024, Defendants ELH MGMT. LLC, and Larry Hirschfield extended to Plaintiff, Luis Ruiz, an Offer of Judgment pursuant to Fed. R. Civ. P. 68, in the amount of Fifty-Two Thousand Dollars and Zero Cents ($52,000.00); Luis Ruiz accepted that offer, and the Parties filed the offer, and their acceptance thereof, with this Court;

NOW THEREFORE, pursuant to Fed. R. Civ. P. 68, it is hereby ADJUDGED and DECREED, that Plaintiff, Luis Ruiz have judgment against Defendants, in the amount of Fifty-Two Thousand Dollars and Zero Cents ($52,000.00), inclusive of all legal fees, interest, and costs.

The Clerk of Court is directed to administratively close this case.

DATED: April ___, 2024.

                HON. JESSICA G.L. CLARKE

_____