UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

Luis Ruiz, *individually and on behalf of others similarly situated*,

        *Plaintiff*,

vs.

ELH MGMT. LLC, *a New York limited liability company*, and LARRY HIRSCHFIELD, *an individual*,

        *Defendants*.

-------------------------------------------------------X

Case No. 1:23-cv-05367-JGLC

~~PROPOSED~~ **JUDGMENT**

WHEREAS, on or about April 5, 2024, Defendants ELH MGMT. LLC, and Larry Hirschfield extended to Plaintiff, Luis Ruiz, an Offer of Judgment pursuant to Fed. R. Civ. P. 68, in the amount of Fifty-Two Thousand Dollars and Zero Cents ($52,000.00); Luis Ruiz accepted that offer, and the Parties filed the offer, and their acceptance thereof, with this Court;

NOW THEREFORE, pursuant to Fed. R. Civ. P. 68, it is hereby ADJUDGED and DECREED, that Plaintiff, Luis Ruiz have judgment against Defendants, in the amount of Fifty-Two Thousand Dollars and Zero Cents ($52,000.00), inclusive of all legal fees, interest, and costs.

The Clerk of Court is directed to administratively close this case.

DATED: April  12 , 2024.

                              HON. JESSICA G. L. CLARKE

*Jessica Clarke*
_____
JESSICA G. L. CLARKE
United States District Judge