USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

LUIS RUIZ, individually and on
behalf of others similarly
situated,

                               Plaintiff,

            -against-

ELH MGMT. LLC, et al.,

                              Defendants.
----------------------------------------------------------------X

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

**23-CV-5367 (JGLC)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the Judgment filed on April 12, 2024 (doc. no 40) the Settlement Conference currently scheduled for **April 24, 2024** is hereby adjourned *sine die*.

    SO ORDERED.

Dated: April 15, 2024
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge